# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR RAMIREZ,<br><br>    Petitioner,<br><br>    vs.<br><br>RANDY GROUNDS, Warden,<br><br>    Respondent. | Case No. CV 13-4605-JLS (DTB)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge.

With respect to petitioner's contention that the Magistrate Judge incorrectly characterized the issue in Ground One as whether petitioner waived his Miranda[1] rights (Objections at 1), the Court finds and concludes that the Magistrate Judge considered whether the confession itself was voluntarily given under the totality of the

---

[1] Miranda v. Arizona, 384 U.S. 436, 86 S. Ct. 1602, 16 L. Ed. 2d 694 (1966).

1 circumstances and the conclusion implicitly incorporated such analysis. Based on a
2 consideration of the totality of the circumstances, including petitioner's age, the Court
3 concludes that petitioner's confession was voluntary. <u>See</u> <u>Withrow v. Williams</u>, 507
4 U.S. 680, 693, 113 S. Ct. 1745, 123 L. Ed. 2d 407 (1993). The state courts' rejection
5 of this claim was neither contrary to, nor involved an unreasonable application of,
6 clearly established federal law, as determined by the United States Supreme Court.
7 Nor was it an unreasonable determination of the facts in light of the evidence
8 presented.

9     IT THEREFORE IS ORDERED that Judgment be entered denying the Petition
10 and dismissing this action with prejudice.

12 DATED: November 21, 2014

                                       JOSEPHINE L. STATON
                                       UNITED STATES DISTRICT JUDGE